

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-24-00258-CV

———————————————————

IN RE WALLACE WAYNE BOWMAN, JR., Relator

Original Proceeding
97th District Court of Clay County, Texas
Trial Court Nos. 2008-0000143M- CR, 2008-0000144M-CR

Before Bassel, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied, and "Relator's Motion to Suspend the Operation of Texas Rules of Appellate Procedure 9.3(a)(1)(A); 9.4(f), (h)" is denied as moot.

Per Curiam

Delivered: June 10, 2024